UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEDTRONIC XOMED, INC.<br>a Delaware Corporation,<br>6743 Southpoint Drive North<br>Jacksonville, Florida 32216-6218<br><br>           Plaintiff,<br><br>     v.<br><br>STORZ ENDOSKOP GMBH,<br>a Swiss Company,<br>78532 Tuttlingen<br>Postfach 230<br>78503 Tuttlingen, Germany<br><br>           Defendant. | Civil Action No.: _____ |

## PLAINTIFF'S RULE 7.1 STATEMENT

I, undersigned, counsel for record for Medtronic Xomed, Inc., certify that to the best of my knowledge and belief, Medtronic, Inc., a publicly held corporation, is the parent corporation of Medtronic Xomed, Inc. Medtronic Xomed, Inc. is a wholly owned subsidiary of Medtronic, Inc.

These representations are made in order that judges of the Court may determine the need for recusal.

[signature on next page]

|  |  |
|---|---|
| Dated: May 15, 2006 | **ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**<br><br>_/s/_<br>Eric S. Jackson (D.C. Bar No. 446657)<br>Aziz Burgy (D.C. Bar No. 483517)<br><br>1801 K Street, N.W., 12th Floor<br>Washington, D.C. 20006<br>Telephone: (202) 775-0725<br>Facsimile: (202) 2232-8604<br><br>**Attorneys for Plaintiff**<br>**Medtronic Xomed, Inc.** |

AT1 30047051.1