IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DANIEL ATKINS, </br></br> Plaintiff, </br></br> v. </br></br> PITNEY BOWES MANAGEMENT SERVICES, INC. </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 1:05CV00912 (RWR) |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Eric S. Jackson of the law firm of Robins, Kaplan, Miller & Ciresi, L.L.P., as additional counsel on behalf of the defendant, Pitney Bowes Management Services, Inc.  Mr. Jackson will serve as co-counsel with lead counsel, Sharon Cummings Giles.

Respectfully submitted,

Dated:  June 8, 2005

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

_____
Sharon Cummings Giles         #412060
Eric S. Jackson                        #446657

1801 K Street, N.W.
Suite 1200
Washington, D.C.  20006
Phone:   (202) 775-0725
Fax:       (202) 223-8604

**Counsel for Defendant Pitney Bowes Management Services, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Entry of Appearance was this 8th day of June, 2005, served by first class mail, postage prepaid, on the following:

>Ardelia Davis, Esq.
>Law Office of Ardelia Davis
>717 D Street, N.W.
>Suite 300
>Washington, D.C. 20004
>
>**Counsel for Plaintiff Daniel Atkins**

_____
Eric S. Jackson