UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MEDTRONIC XOMED, INC. <br> a Delaware Corporation, <br> 6743 Southpoint Drive North <br> Jacksonville, Florida 32216-6218 <br><br> Plaintiff, <br><br> v. <br><br> STORZ ENDOSKOP GMBH, <br> a Swiss Company, <br> 78532 Tuttlingen <br> Postfach 230 <br> 78503 Tuttlingen, Germany <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:06-CV-00912 (JR) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please take notice that Eric S. Jackson of the law firm of Robins, Kaplan, Miller & Ciresi L.L.P. enters his formal appearance on behalf of Plaintiff Medtronic Xomed, Inc.  Mr. Jackson may be contacted at 1801 K Street, N.W., Suite 1200, Washington, D.C.  20006, telephone (202) 775-0725.  For electronic notification purposes, Mr. Jackson's e-mail address is esjackson@rkmc.com.

                                              Respectfully submitted,

                                              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

Dated:  May 16, 2006                     /s/      Eric S. Jackson
                                            Eric S. Jackson (D.C. Bar No. 446657)
                                            Aziz Burgy (D.C. Bar No. 483517)

                                            1801 K Street, N.W., Suite 1200
                                            Washington, D.C.  20006
                                            Telephone:  (202) 775-0725
                                            Facsimile:  (202) 223-8604

                                            **Attorneys for Plaintiff**
                                            **Medtronic Xomed, Inc.**