UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MEDTRONIC XOMED, INC. | ) | |
| a Delaware Corporation, | ) | |
| 6743 Southpoint Drive North | ) | |
| Jacksonville, Florida 32216-6218 | ) | |
| | ) | |
|       Plaintiff, | ) | |
| | ) | |
|     v. | ) | Civil Action No:  1:06-cv-00912-JR |
| | ) | |
| STORZ ENDOSKOP GMBH, | ) | |
| a Swiss Company, | ) | |
| 78532 Tuttlingen | ) | |
| Postfach 230 | ) | |
| 78503 Tuttlingen, Germany | ) | |
| | ) | |
|       Defendant. | ) | |
| | ) | |

## DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Medtronic Xomed, Inc. pursuant to Rule 41 of the Federal Rules of Civil Procedure and hereby dismisses without prejudice its Complaint for Declaratory Judgment (Doc. No. 1) against Storz Endoskop GMBH in the above-captioned action.

Dated:  September 14, 2006      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


      /s/Aziz Burgy_____
      Eric S. Jackson (D.C. Bar No. 446657)
      Aziz Burgy (D.C. Bar No. 483517)

      1801 K Street N.W., 12th Floor
      Washington, D.C. 20006
      Telephone:  (202) 775-0725
      Facsimile:  (202) 223-8604

      Attorneys for Plaintiff
      Medtronic Xomed, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Dated:  September 14, 2006        ROBINS, KAPLAN, MILLER & CIRESI L.L.P.


/s/Aziz Burgy
Eric S. Jackson (D.C. Bar No. 446657)
Aziz Burgy (D.C. Bar No. 483517)

1801 K Street N.W., 12th Floor
Washington, D.C. 20006
Telephone:  (202) 775-0725
Facsimile:  (202) 223-8604

Attorneys for Plaintiff
Medtronic Xomed, Inc.